UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ROBERT DEXTER WEIR et al.,

                    Plaintiffs,                    Civil Action No. 19-1708 (TFH)

          v.

UNITED STATES OF AMERICA, et al.,

                    Defendants.

## JOINT PROPOSED SCHEDULE AND DISCOVERY PLAN

Pursuant to the Court's Order of March 1, 2021, the Parties respectfully submit the following proposed schedule for further proceedings in this case:

### I. Joinder and Amendment Motions

All parties shall be joined or pleadings amended within sixty days after the date of this Order.

### II. Dispositive Motions

Dispositive motions shall be filed no later than forty-five days following the close of all discovery.  Oppositions to any dispositive motion shall be due thirty days after such motion is filed.  Replies shall be due fourteen days after the filing of oppositions.

### III. Initial Disclosures

Initial disclosures shall be made within thirty days of the Court's issuance of a Protective Order in this matter.

### IV. Discovery

Fact discovery shall conclude one year after the entry of the Protective Order.

A.    <u>Depositions</u>

The number of fact depositions shall be limited to twenty for each side.  The duration of each deposition shall be limited pursuant to LCvR 26.2(c).

B.    <u>Interrogatories</u>

The number of interrogatories each side may serve on the other side shall be limited to thirty.

V. Experts

Plaintiffs' initial expert disclosures shall be due forty-five days after the close of fact discovery.  Defendants' expert disclosures shall be due forty-five days thereafter, and Plaintiffs' rebuttal expert reports shall be due thirty days thereafter.  Depositions of experts shall be completed within sixty days of Plaintiffs' rebuttal expert report deadline.

VI. Trial

Pre-trial and trial dates will be set by the Court after the close of the discovery period, as stated in Order, ECF 29.

The parties respectfully request the Court adopt this proposed schedule.

Dated: March 12, 2021                    Respectfully submitted,

For Plaintiffs:                    */s/ Steven M. Watt*
                                   Steven M. Watt
                                   Human Rights Program
                                   American Civil Liberties Union
                                   125 Broad Street, Floor 18
                                   New York, NY 10004

For Defendants:                    */s/ Jill Rosa*
                                   Jill Dahlmann Rosa
                                   U.S. Department of Justice
                                   Civil Division, Torts Branch
                                   Aviation, Space & Admiralty Litigation
                                   PO Box 14271
                                   Washington, DC 20044

2