UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN ADMIRALTY

ROBERT DEXTER WEIR et al.,

              Plaintiffs,

      v.

UNITED STATES OF AMERICA, et al.,

            Defendants.

Civil Action No. 19-1708 (TFH)

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Proposed Schedule and Discovery Plan, it is hereby

**ORDERED** that the Schedule and Discovery Plan be, and hereby is, entered as submitted.

**SO ORDERED.**

Dated: _____

_____
THE HONORABLE THOMAS F. HOGAN
SENIOR UNITED STATES DISTRICT JUDGE