UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT DEXTER WEIR, et al.,<br><br>           Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>           Defendants. | Civil Action No. 19-1708 (TFH) |

NOTICE OF WITHDRAWAL

To:   The Clerk of Court and all parties of record:

Pursuant to LCvR 83.6(b), the trial date not having been set, the United States withdraws the appearance as counsel of Douglas M. Hottle, due to his retirement from the U.S. Department of Justice. Attorneys Jill Dahlmann Rosa, Thomas M. Brown, J. Steven Jarreau, and Jared H. Hood will continue to represent the United States.

DATED:  April 1, 2021                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

MATTHEW M. GRAVES
United States Attorney

/s/   *Douglas M. Hottle*
DOUGLAS M. HOTTLE
JILL DAHLMANN ROSA (D.C. Bar 451578),
Senior Trial Counsel

/s/   *Thomas M. Brown*
THOMAS M. BROWN
J. STEVEN JARREAU
JARED H. HOOD
Trial Attorneys
U.S. Department of Justice

Civil Division, Torts Branch
Aviation, Space & Admiralty Litigation
P.O. Box 14271
Washington, DC 20044
(847) 732-1141, jill.rosa@usdoj.gov
(202) 616-4112, thomas.m.brown@usdoj.gov
(202) 616-4284, steve.jarreau@usdoj.gov
(202) 616-4035, jared.h.hood@usdoj.gov
Fax:  (202) 616-4002
Attorneys for the United States