UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT DEXTER WEIR, et al.,<br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br>Defendants. | Civil Action No. 1:19-cv-01708 (TFH) |

**REPLY IN SUPPORT OF UNITED STATES'**
**MOTION TO DISMISS PLAINTIFF PATTERSON**

Defendants (collectively the United States) reply to Plaintiff Patterson's response to the United States' Motion to Dismiss. Plaintiff does not oppose dismissal, but argues the dismissal should be without prejudice.

Plaintiff previously sought voluntary dismissal without prejudice. ECF 46. Under Rule 41(a), in most circumstances, "the dismissal is without prejudice." Plaintiff's counsel cannot seek voluntary dismissal under Rule 41(a) because they lack their client's consent. This motion seeks dismissal under Rule 41(b), among other grounds. Rule 41(b) states: "Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule – except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19 – operates as an adjudication on the merits." Fed. R. Civ. P. 41(b).

Defending against Patterson's lawsuit without the benefit of discovery is prejudicial in and of itself. Complete lack of participation in a lawsuit is grounds for dismissal. The Court gave Patterson additional time to rejoin this litigation. He did not do so. He failed to submit discovery responses and failed to appear for his deposition, both of which were ordered by the Court. The United States respectfully moves to dismiss Plaintiff Patterson's action with prejudice. Fed. R. Civ. P. 16(f), 37(d), 41(b).

Dated:  July 6, 2022

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        MATTHEW GRAVES
        United States Attorney

        By: /s/  *Jill Rosa*
        JILL DAHLMANN ROSA (D.C. Bar 451578)
        Senior Trial Counsel
        J. STEVEN JARREAU
        Trial Attorney
        U.S. Department of Justice
        Civil Division, Torts Branch
        Aviation, Space & Admiralty Litigation
        P.O. Box 14271
        Washington, DC 20044
        (847) 732-1141, Jill.Rosa@usdoj.gov
        (202) 616-4284, Steven.Jarreau@usdoj.gov
        Fax: (202) 616-4002
        *Attorneys for the United States*

Of counsel:

CDR Jared Hood, Esq.
U.S. Coast Guard
2703 Martin Luther King Jr. Ave., SE, Stop 7213
Washington D.C.  20593-7213
(202) 372-3736