UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT DEXTER WEIR, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:19-cv-01708 |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that, pursuant to Local Civil Rule 83.6(b), Dror Ladin, counsel with the American Civil Liberties Union Foundation, respectfully withdraws as counsel in the above-captioned case for all Plaintiffs. Attorneys Cecillia Wang, Steven Watt, Scarlet Kim and Sana Mayat of the American Civil Liberties Union Foundation, Jonathan Hafetz, and additional counsel from the ACLU of the District of Columbia and Stroock & Stroock & Lavan LLP, will remain as counsel for Plaintiffs and no parties will be prejudiced by this withdrawal.

Dated: July 8, 2022

/s/ Dror Ladin
Dror Ladin
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
Phone: (212) 549-2500
dladin@aclu.org