UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT DEXTER WEIR et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Civil Action No. 19-1708 (ACR) <br><br> IN ADMIRALTY |

NOTICE

In response to the Court's Order of March 24, 2023, the United States responds that it intends to oppose Plaintiffs' motion for leave to amend the complaint [ECF 73].

DATED: March 29, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MATTHEW GRAVES
United States Attorney

By: /s/  Jill Rosa
JILL DAHLMANN ROSA (D.C. Bar 451578)
Senior Trial Counsel
J. STEVEN JARREAU
THOMAS M. BROWN
Trial Attorneys
U.S. Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty Litigation
P.O. Box 14271
Washington, DC 20044
(202) 307-2013, Jill.Rosa@usdoj.gov
(202) 616-4284, Steven.Jarreau@usdoj.gov
(202) 616-4036, Thomas.M.Brown@usdoj.gov
Attorneys for the United States

Of counsel:
CDR Jared Hood, Esq.
U.S. Coast Guard
2703 Martin Luther King Jr. Ave., SE, Stop 7213
Washington D.C. 20593-7213
(202) 372-3736