UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT DEXTER WEIR et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Civil Action No. 19-1708 (ACR) |

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO REPLY TO THE UNITED STATES' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Plaintiffs respectfully move the Court for a 4-day extension of time to respond to Defendants' opposition to their Motion for Leave to Amend the Complaint. Because several of Plaintiffs' counsel are observing Passover (April 5 to 13), Ramadan (March 22 to April 20), or Easter (April 9), Plaintiffs request that the deadline for filing their reply be extended from April 13, 2023 to April 17, 2023.

Pursuant to Local Rule 7(m), counsel for Plaintiffs contacted counsel for the United States to determine their position on this motion. The United States consents to the motion.

DATED: April 7, 2023

                                         Respectfully submitted,

                                         /s/ *Steven Watt*

                                         Steven M. Watt
                                         American Civil Liberties Union Foundation
                                         125 Broad Street, 18th Floor
                                         New York, NY, 10004
                                         (212) 519-7870
                                         swatt@aclu.org