UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

ROBERT DEXTER WEIR et al.,

                *Plaintiffs*,

v.

UNITED STATES OF AMERICA et al.,

                *Defendants*

Civil Action No. 19-1708 (TFH)

**NOTICE OF WITHDRAWAL OF COUNSEL**

To:    The Clerk of Court and all parties of record:

Pursuant to Local Civil Rule 83.6(b), the trial date having not yet been set, Scarlet Kim, Plaintiffs' counsel with the American Civil Liberties Union Foundation, respectfully withdraws as counsel in the above-captioned case. Attorneys Cecillia D. Wang, Steven Watt, and Shaiba Rather, of the American Civil Liberties Union Foundation, and Arthur B. Spitzer and additional counsel from the ACLU of the District of Columbia and Stroock & Stroock & Lavan LLP, will remain as counsel for Plaintiffs. No parties will be prejudiced by this withdrawal.

Dated: April 25, 2023

        */s/ Scarlet Kim*        .
        Scarlet Kim
        AMERICAN CIVIL LIBERTIES
          UNION FOUNDATION
        125 Broad Street, 18th Floor
        New York, NY 10004
        Tel.: (212) 549-2500
        skim@aclu.org