UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT DEXTER WEIR et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Civil Action No. 19-1708 (ACR) <br><br> IN ADMIRALTY |

**JOINT STIPULATION AND
[PROPOSED] ORDER**

At the hearing on July 13, 2023, the Court instructed the parties to enter a joint stipulation.

Plaintiffs have agreed to dismiss their claim for conversion and their claims against Admiral Schultz. And based on the Court's prior conclusion that the political question doctrine bars litigation over claims raising "the issue of whether the defendants should have brought the plaintiffs to the United States before Jamaica waived jurisdiction," *Weir v. United States*, 518 F. Supp. 3d 1, 15 (D.D.C. 2021), Plaintiffs recognize that they cannot at this time continue to press their false imprisonment claims before this Court. Accordingly,

It is hereby stipulated and agreed that, upon entry of this Order:

(1) Defendant Admiral Karl L. Schultz be, and hereby is, dismissed from this action with prejudice;

(2) Plaintiffs' third claim for relief, "Conversion," be, and hereby is, dismissed from this action with prejudice; and

(3) Plaintiffs' first claim for relief, "False Imprisonment," Plaintiffs' eighth claim for relief,

"Forced Disappearance in Violation of Customary International Law," and Plaintiffs' tenth claim for relief, "Prolonged Arbitrary Detention in Violation of Customary International Law," be, and hereby are, dismissed from this action with prejudice.

SO ORDERED.

Dated: _____

_____
THE HONORABLE ANA C. REYES
U.S. DISTRICT COURT

[*parties' signature pages follow*]

DATED: July 21, 2023					Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MATTHEW GRAVES
United States Attorney

By:   /s Jill Rosa
JILL DAHLMANN ROSA (D.C. Bar 451578)
Senior Trial Counsel
J. STEVEN JARREAU
THOMAS M. BROWN
Trial Attorneys
JARED HOOD
Special Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty Litigation
P.O. Box 14271
Washington, DC 20044
(202) 307-2013, Jill.Rosa@usdoj.gov
(202) 616-4284, Steven.Jarreau@usdoj.gov
(202) 616-4036, Thomas.M.Brown@usdoj.gov

*Attorneys for the United States*

By:   */s Steven Watt*
Steven M. Watt*
Shaiba Rather*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY, 10004
(212) 549-2500
swatt@aclu.org
srather@aclu.org

Joshua S. Sohn*
Patrick N. Petrocelli*
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
(212) 806-6006
jsohn@stroock.com
ppetrocelli@stroock.com

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
of the District of Columbia
915 15th Street, NW, 2nd floor
Washington, DC 20005
(202) 601-4266
aspitzer@acludc.org

Cecillia D. Wang (D.C. Bar No. CA00042)
American Civil Liberties Union
Foundation
39 Drumm Street
San Francisco, CA 94111
(415) 343-0775
cwang@aclu.org

Jonathan Hafetz*
1109 Raymond Boulevard
Newark, NJ 07102
(917) 355-6896
jonathan.hafetz@shu.edu

*\*Admitted pro hac vice*
*Attorneys for Plaintiffs*