UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ROBERT DEXTER WEIR et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

Civil Action No. 19-1708 (ACR)

IN ADMIRALTY

### REVISED CASE SCHEDULING ORDER

Pursuant to the parties' joint status report [ECF 87], pre-motion briefing [ECF 85, 89], and the discussion held on the record at a status conference of July 13, 2023, the Case Scheduling Order [ECF 31 (Proposed), Order (Mar. 15, 2021) (Entered)], is hereby revised as follows.[1]

| Event | Date |
|---|---|
| Parties to exchange opening deposition designations | September 12, 2023 |
| Parties to exchange exhibit lists | September 19, 2023 |
| Parties to exchange objections to exhibit lists. | September 26, 2023 |
| Parties to exchange deposition counter-designations; and objections to opening deposition designations[2] | September 26, 2023 |
| Parties to exchange objections to deposition counter-designations | October 2, 2023 |
| Parties to meet and confer in person regarding any disputes about trial exhibits and depositions designations, including | October 4-5, 2023 |

---

[1] The previous order set no deadlines beyond fact and expert discovery, which have since closed. The trial date of November 27, 2023 was set by the Court at a status conference of May 12, 2023. This revised Scheduling Order does not repeat deadlines that have already passed.

[2] The parties are ordered to state objections to any exhibits or deposition designations only following personal review by either first- or second-chair trial counsel.

1

| | |
|---|---|
| confidentiality of any documents or depositions | |
| Deadline for filing motions *in limine*, including motions pursuant to *Daubert* or Fed. R. Evid. 703 | October 6, 2023 |
| Responses to motions *in limine* | October 20, 2023 |
| Replies to motions *in limine* | October 27, 2023 |
| Joint Party Submission to Court regarding deposition designations | October 30, 2023 |
| Joint Party Submission to Court of exhibit lists and opposing parties' objections and the grounds therefor | October 30, 2023 |
| Joint Pretrial Statement | October 30, 2023 |
| Parties submit final trial exhibits to Court | November 6, 2023 |
| Parties submit Trial Briefs (in a format to be directed by the Court to include hyperlinks) Parties submit Briefs on applicability of the Discretionary Function Doctrine | November 8, 2023 |
| Final Pre-Trial Conference | November 13, 2023 |
| Trial begins | November 27, 2023 |
| Plaintiffs to file proposed findings of fact and conclusions of law (in a format to be directed by the Court to include hyperlinks) | Within thirty days of the close of evidence[3] |
| Defendant to file proposed findings of fact and conclusions of law, and specification of any facts proposed by the plaintiff that are admitted or controverted (in a format to be directed by the Court to include hyperlinks) | Within fourteen days of Plaintiffs' filing of proposed findings of fact and conclusions of law |
| United States submits Supplemental Briefing on Motion to Dismiss under the Discretionary Function Doctrine | Within thirty days of the close of evidence |
| Plaintiffs submit Response to Supplemental Briefing on Motion to Dismiss (in a format to be directed by the Court to include hyperlinks) | Within fourteen days of the United States' supplemental brief |

---

[3] The Court's requirement is for submission of proposed findings of fact and conclusions of law within seven days, "unless otherwise ordered by the Court upon request of the parties." Standing Order 12(d). The parties respectfully request this proposed scheduled due to the length of this trial, and because briefing is expected to occur throughout the winter holidays.

| United States submits Reply to Plaintiffs' Opposition (in a format to be directed by the Court to include hyperlinks) | Within seven days of the Opposition |
|---|---|

SO ORDERED.

Dated:                                /s/ Ana C. Reyes
                                        THE HONORABLE ANA C. REYES
                                        U.S. DISTRICT COURT

DATED: August 8, 2023         Respectfully submitted,

                                     BRIAN M. BOYNTON
                                     Principal Deputy Assistant Attorney General

                                     MATTHEW GRAVES
                                     United States Attorney

                                     JILL DAHLMANN ROSA (D.C. Bar 451578)
                                     Senior Trial Counsel

By:    */s/ Thomas M. Brown*
        THOMAS M. BROWN
        J. STEVEN JARREAU
        Trial Attorneys
        JARED H. HOOD
        Special Attorney
        U.S. Department of Justice
        Civil Division, Torts Branch
        Aviation, Space & Admiralty Litigation
        P.O. Box 14271
        Washington, DC 20044
        (202) 307-2013, Jill.Rosa@usdoj.gov
        (202) 616-4284, Steven.Jarreau@usdoj.gov
        (202) 616-4036, Thomas.M.Brown@usdoj.gov
        (202) 372-3736, Jared.H.Hood@uscg.mil

        *Attorneys for the United States*

By:      /s/Joshua Sohn
Joshua S. Sohn*
Patrick N. Petrocelli*
Shauneida Navarrete*
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
(212) 806-6006
jsohn@stroock.com
ppetrocelli@stroock.com
snavarrete@stroock.com

Steven M. Watt*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY, 10004
(212) 549-2500
swatt@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
of the District of Columbia
915 15th Street, NW, 2nd floor
Washington, DC 20005
(202) 601-4266
aspitzer@acludc.org

Cecillia D. Wang (D.C. Bar No. CA00042)
American Civil Liberties Union
Foundation
39 Drumm Street
San Francisco, CA 94111
(415) 343-0775
cwang@aclu.org

Jonathan Hafetz*
1109 Raymond Boulevard
Newark, NJ 07102
(917) 355-6896
jonathan.hafetz@shu.edu

*Admitted pro hac vice
Attorneys for Plaintiffs

4