## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### IN ADMIRALTY

| | |
|---|---|
| ROBERT DEXTER WEIR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. 19-cv-01708 (ACR) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice, each party to bear its own costs.

Dated: May 7, 2024

Respectfully submitted,

  /s/ *Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
of the District of Columbia
529 14th Street, NW, Suite 722
Washington, DC 20045
(202) 601-4266
aspitzer@acludc.org

Attorneys for Plaintiffs

By:    /s/ *Jill Rosa*
JILL DAHLMANN ROSA (D.C. Bar 451578)
Senior Trial Counsel
THOMAS M. BROWN
J. STEVEN JARREAU
Trial Attorneys

JARED H. HOOD
Special Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty Litigation
P.O. Box 14271
Washington, DC 20044
(202) 307-2013, Jill.Rosa@usdoj.gov
(202) 616-4284, Steven.Jarreau@usdoj.gov
(202) 616-4036, Thomas.M.Brown@usdoj.gov
(202) 372-3736, Jared.H.Hood@uscg.mil

Attorneys for the United States of America